UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00382-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  ABELARDO CARMONA-GARCIA, JR., a/k/a "Papitas,"

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on April 8, 2011.  A Change of Plea Hearing is **SET** for **Friday, May 27, 2011, at 11:00 a.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated:  April 12, 2011.