UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00382-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3.   ABELARDO CARMONA-GARCIA, JR., a/k/a "Papitas,"

     Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     The Change of Plea Hearing currently set for May 27, 2011, at 11:00 a.m. is **RESET** to **Wednesday, May 11, 2011, at 3:30 p.m.**

     **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

     Dated:  May 3, 2011.