IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.  ABELARDO CARMONA-GARCIA, a/k/a "Papitas,"**

    Defendant.

---

## ORDER

---

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 of the United States Sentencing Guidelines having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion for the Three Level Accepatance of Responsibility Reduction (ECF Doc. #220), filed August 15, 2011, is GRANTED.  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by §3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated:  August 29, 2011.

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE