IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.  ABELARDO CARMONA-GARCIA**,

    Defendant.

---

**ORDER DISMISSING REMAINING COUNTS OF INDICTMENT
AS TO DEFENDANT ABELARDO CARMONA-GARCIA ONLY**

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Remaining Counts of the Indictment as to Defendant Abelardo Carmona-Garcia. The Court having reviewed the Motion and being fully advised in the premises, it is hereby

ORDERED that Government's Motion to Dismiss the Remaining Counts of the Indictment as to Defendant Abelardo Carmona-Garcia (ECF Doc. #221), filed August 15, 2011, is **GRANTED.** It is further

ORDERED that all remaining counts of the Indictment are DISMISSED as to Defendant Abelardo Carmona-Garcia only.

Dated:  August 29, 2011.

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                WILEY Y. DANIEL,
                                CHIEF UNITED STATES DISTRICT JUDGE